## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff | : |
| v. | : Criminal Action No. 05- 27 |
| TAHRIA AIGNER PARKS and JOHNNY WALKER EWELL, | : |
| Defendants. | : |

**REDACTED**

### INDICTMENT

The grand jury for the District of Delaware charges that:

#### Count One

In or around January, 2004, in the State and District of Delaware, Tahria Aigner Parks, defendant herein, did knowingly sell counterfeit obligations of the United States, that is, counterfeit $20 Federal Reserve notes, with the intent that the counterfeit Federal Reserve notes would be passed, published, and used as genuine, all in violation of Title 18, United States Code, Section 473.

#### Count Two

On or about January 20, 2004, in the State and District of Delaware, Johnny Walker Ewell, defendant herein, aided and abetted by Tahria Aigner Parks, defendant herein, with the intent to defraud, did knowingly attempt to pass counterfeit obligations of the United States, that

/   /   /   /

is, counterfeit $20 Federal Reserve notes, in violation of Title 18, United States Code, Sections 472 and 2.

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

BY: /s/ Beth M. Schnoll
Beth Moskow-Schnoll
Assistant United States Attorney

Dated: April 5, 2005