IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-27 |
| TAHRIA AIGNER PARKS, | : | |
| Defendant. | : | |

## MOTION AND ORDER FOR ARREST WARRANT

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Beth Moskow-Schnoll, Assistant United States Attorney for the District of Delaware, hereby moves this Honorable Court for the issuance of an arrest warrant for the arrest and apprehension of Tahria Aigner Parks, pursuant to an Indictment returned against her by the Federal Grand Jury on April 5, 2005.

COLM F. CONNOLLY
United States Attorney

BY: _____
Beth Moskow-Schnoll
Assistant United States Attorney

Dated: April 5, 2005

AND NOW, this __5__ day of __April__, 2005, based upon the foregoing Motion,

**IT IS ORDERED** that an arrest warrant be issued for the arrest and apprehension of Tahria Aigner Parks.

                                                                        _/s/ Mary Pat Thynge_

                                                  HONORABLE MARY PAT THYNGE  
                                                  United States Magistrate Judge