UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 05-27-UNA |
| | : | |
| TAHRIA PARKS, | : | S̶E̶A̶L̶ED  UNSEALED 4/27/05 |
| | : | KJK |
| | : | |
| Defendant. | : | |

## SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

**PLEASE** withdraw the appearance of Penny Marshall, Esquire as attorney of record and enter the appearance of Christopher S. Koyste, Esquire as attorney on behalf of Defendant, Tahria Parks, in the above-captioned matter.

_____
Penny Marshall, Esquire

_____
Christopher S. Koyste, Esquire
Assistant Federal Public Defender
First Federal Plaza
704 King Street, Suite 110
Wilmington, DE 19801
Attorney for Tahria Parks

DATED: April 28, 2005

## CERTIFICATE OF SERVICE

Undersigned counsel certifies that a copy of Substitution of Counsel and Entry of Appearance is available for public viewing and downloading and was electronically delivered on April 27, 2005 to:

>Beth Moskow-Schnoll, AUSA
>United States Attorney's Office
>1007 Orange Street, Suite 700
>Wilmington, DE 19801

>/s/ Christopher S. Koyste
>Christopher S. Koyste, Esquire
>Assistant Federal Public Defender
>First Federal Plaza
>704 King Street, Suite 110
>Wilmington, DE 19801
>Attorney for Tahria Parks

DATED: April 28, 2005