

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

*Nemours Building*  (302) 573-6277
*1007 N. Orange Street, Suite 700*  *FAX (302) 573-6220*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

July 6, 2005

The Honorable Kent A. Jordan
U.S. District Court
844 King Street
Wilmington, DE 19801

      Re:    United States v. Tahria Aigner Parks
              Criminal Action No. 05-27-KAJ

Dear Judge Jordan:

      The parties respectfully request that a change of plea hearing be scheduled in the above-referenced case. A copy of the proposed Memorandum of Plea Agreement is attached for the Court's review.

                                          Respectfully submitted,

                                          COLM F. CONNOLLY
                                          United States Attorney

                              BY:      /s/
                                            Beth Moskow-Schnoll
                                          Assistant United States Attorney

cc:    Christopher Koyste, Esq.
       Clerk, U.S. District Court