AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

UNITED STATES OF AMERICA

V.

TAHRIA AIGNER PARKS

**WARRANT FOR ARREST**

Case Number:   CR 05-27-1-UNA

SEALED  CASE UNSEALED 4/27/05 KJK

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **TAHRIA AIGNER PARKS** _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment   ☐ Information   ☐ Complain   ☐ Order of court   Violation   Probation Violation Petition

charging him or her   (brief description of offense)

SELLING COUNTERFEIT FEDERAL RESERVE NOTES;
AIDING AND ABETTING PASSING OF COUNTERFEIT FEDERAL RESERVE NOTES

in violation of _____ 18 _____ United States Code, Section(s) _____ 473; 18;472 & 2 _____

Peter T. Dalleo
Name of Issuing Officer

By: [signature]; Deputy Clerk
Signature of Issuing Officer

Clerk, United States District Court
Title of Issuing Officer

4/6/2005 in Wilmington, DE
Date and Location

Bail fixed at $ _____   by _____
Name of Judicial Officer

FILED
JUL 8 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant _____

| DATE RECEIVED 4/26/05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 4/26/05 | JP   CS | [signature] |

AO 442   (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN                           _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____

_____