# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 05-27-KAJ |
| | : | |
| TAHRIA PARKS, | : | |
| | : | |
| Defendant. | : | |

## PETITION FOR WRIT OF
## HABEAS CORPUS AD PROSEQUENDUM

Your petitioner, the United States of America, by its attorney, Beth Moskow-Schnoll, Assistant United States Attorney, with the knowledge and consent of Colm F. Connolly, United States Attorney for the District of Delaware, respectfully shows:

1.      The defendant is scheduled to appear before this Court on August 2, 2005, at 11:00 a.m. to plead guilty to counterfeit currency charges.

2.      The defendant is currently being held at Women's Correctional Institute in New Castle, Delaware on pending State charges and must be writted out before this Court can conduct the change of plea hearing.

WHEREFORE, petitioner prays that the Clerk of the Court be instructed to issue a writ of habeas corpus ad prosequendum to the United States Marshal for the District of Delaware and to the Warden of Women's Correctional Institute, to deliver Tahria Parks to the office of the

United States Marshal for the District of Delaware on August 2, 2005, at 11:00 a.m. with the

defendant being returned to State custody after the hearing.

                                        Respectfully submitted,

                                        COLM CONNOLLY
                                        United States Attorney


                            BY:_____/s/_____
                                        Beth Moskow-Schnoll
                                        Assistant United States Attorney

Dated: July 28, 2005




        IT IS SO ORDERED this ____ day of July, 2005.




                                _____
                                        Honorable Kent A. Jordan
                                        United States District Judge