IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>TAHRIA PARKS,<br>Defendant. | § § § § § § § § | CRIMINAL ACTION: **CR 05-27-KAJ** |

## AMENDED WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:  DAVID THOMAS, UNITED STATES MARSHAL FOR THE DISTRICT OF DELAWARE, WARDEN OF THE WOMEN'S CORRECTIONAL INSTITUTE

GREETINGS:

We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **TAHRIA PARKS** who is now detained and imprisoned in the **WOMEN'S CORRECTIONAL INSTITUTE** and who is a defendant in the above-entitled cause, in which cause the said **TAHRIA PARKS** was charged with a violation of

18:473 - SELLING COUNTERFEIT FEDERAL RESERVE NOTES - ( COUNT I - 1/2004 )
18:472 & 2 - AIDING AND ABETTING PASSING OF FEDERAL RESERVE NOTES ( COUNT II - 1/20/2004 )

for **CHANGE OF PLEA** on **August 2, 2005 at 11:00 a.m.**, and to be returned, at the expense of the United States Government, to the **WOMEN'S CORRECTIONAL INSTITUTE** and to the custody of the State of Delaware on September 1, 2005. Therefore, effective September 1, 2005, Tahria Parks will no longer be in Federal custody.

And have you then and there this writ.

To the Marshal of the District of Delaware to execute.

WITNESS the Honorable Kent A. Jordan, District Judge of the District Court of the United States for the District of Delaware, this 1st day of September 2005.

Peter T. Dalleo, CLERK

By: _/s/_ 

Deputy Clerk