IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-27-KAJ |
| TAHRIA AIGNER PARKS, | : | |
| Defendant. | : | |

## MOTION AND ORDER TO DISMISS

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Beth Moskow-Schnoll, Assistant United States Attorney for the District of Delaware, hereby moves this Honorable Court to dismiss Count Two of the Indictment, as to this defendant, pursuant to a Memorandum of Plea Agreement.

                                            COLM F. CONNOLLY
                                            United States Attorney

BY: _____
    Beth Moskow-Schnoll
    Assistant United States Attorney

Dated: November 10, 2005

IT IS SO ORDERED this __10th__ day of __Nov.__, 2005.

_____
HONORABLE KENT A. JORDAN
United States District Court Judge