PROB 12
(Rev 02/94)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Criminal Action No. 1:05CR00027-001 (KA) |
| | ) |
| Tahria Aigner Parks, | ) |
| | ) |
| Defendant. | ) |

REDACTED

### Petition on Probation and Supervised Release

COMES NOW <u>Angelica Lopez</u> Probation Officer of the Court presenting an official report upon the conduct and attitude of <u>Tahria Aigner Parks</u>, who was placed on supervision by the Honorable <u>Kent A. Jordan</u>, sitting in the court at <u>Wilmington, Delaware</u> on the <u>21st</u> day of <u>November 2005</u>, who fixed the period of supervision at <u>three years</u>, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1) Following the eight month period of incarceration, the defendant shall be placed for six months in Delaware's Department of Corrections Crest Program at the Women's Work Release Treatment Center; 2) The defendant shall provide the probation officer with access to any requested financial information; 3) The defendant shall participate in a drug aftercare treatment program, at the direction of the probation officer, which may include testing; 4) The defendant shall participate in a mental health treatment program, at the direction of the probation officer; and 5) The defendant shall earn her Graduate Equivalency Diploma during the term of supervised release.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

### SEE ATTACHED

**PRAYING THAT THE COURT WILL ORDER** the issuance of an warrant so that Tahria Aigner Parks may be brought before the Court for a hearing to determine if she has violated the terms and conditions of supervised release.

**ORDER OF COURT**

So ordered this __12th__ day

of __March__ 2008.

_____
U.S. District Court Judge

I declare under penalty of perjury the foregoing is true and correct,

_____
U.S. Probation Officer

Executed on   March 4, 2008

Place           Wilmington, Delaware

**Standard Condition #2:** The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.

**Evidence A:** Ms. Parks failed to report for scheduled office visits on September 28, 2006, March 28, 2007, April 23, 2007, July 18, 2007, January 8, 2008, and January 30, 2008.

**Evidence B:** Ms. Parks failed to submit monthly supervision reports for the months of January 2008 and February 2008.

**Standard Condition #6:** The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

**Evidence A:** On October 18, 2006, the defendant reported she relocated to Wilmington, Delaware 19802. Ms. Parks did not provide the proper notification to the probation officer as required.

**Evidence B:** On January 15, 2008, the defendant reported she had been residing with a friend at her residence located at                        , Wilmington, Delaware 19801. Ms. Parks did not provide the proper notification to the probation officer as required.

**Standard Condition #7:** The defendant shall refrain from the use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.

**Standard Condition #8:** The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.

**Evidence:** On January 16, 2008, Ms. Parks admitted to using marijuana at a friend's house located on Kirkwood Street.

**Standard Condition #9:** The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

**Evidence:** On December 13, 2006, the defendant reported she was four months pregnant by Cornelius Johnson. Automated record inquires reveal Mr. Johnson is a convicted felon and registered sex offender.

**Special Condition:** The defendant shall participate in a drug aftercare treatment program which may include urine testing at the direction and discretion of the probation officer.

**Evidence A:** Ms. Parks failed to report for scheduled appointments at SODAT, Inc. on the following dates:

| **Date** | **Type of Appointment** |
| --- | --- |
| December 1, 2006 | Intake Assessment |
| December 14, 2006 | Rescheduled Intake Assessment |
| January 22, 2007 | Individual Counseling |
| March 2, 2007 | Random Drug Screen |
| March 15, 2007 | Individual Counseling |
| April 22, 2007 | Individual Counseling |
| July 11, 2007 | Random Drug Screen |
| August 14, 2007 | Random Drug Screen |
| September 11, 2007 | Random Drug Screen |
| October 29, 2007 | Random Drug Screen |
| December 17, 2007 | Random Drug Screen |
| January 15, 2008 | Individual Counseling |
| January 24, 2008 | Individual Counseling |

**Evidence B:** On January 16, 2008, the defendant signed an admission form indicating she used marijuana during the previous weekend.

**Special Condition:** The defendant shall earn her Graduate Equivalency Diploma during the term of supervised release.

**Evidence:** As of March 4, 2008, the defendant has not submitted any documentation to verify that she has enrolled into a G.E.D. program.