UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,       : | |
| :                                | |
| Plaintiff,       : | |
| :                                | |
| v.       : | Criminal Action No. 05-27-1-SLR |
| :                                | |
| TAHIA AIGNER PARKS,       : | |
| :                                | |
| Defendant.       : | |

**SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE**

**PLEASE** withdraw the appearance of Edson A. Bostic, Esquire as attorney of record and enter the appearance of Luis A. Ortiz, Esquire as attorney on behalf of Defendant, Tahia Aigner Parks, in the above-captioned matter.

  */s/ Luis A. Ortiz*
 LUIS A. ORTIZ, ESQUIRE
 Assistant Federal Public Defender
 One Customs House, Suite 110
 704 King Street
 Wilmington, DE  19801
 302-573-6010
 ecf_de@msn.com

DATED:  July 1, 2008