IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | )   Crim. No. 05-27-SLR |
| TAHRIA AIGNER PARKS, | ) ) ) |
| Defendant. | ) |

### ORDER

At Wilmington this 30th day of June, 2008;

IT IS ORDERED that the hearing to consider revocation of supervised release is scheduled for **Tuesday, July 1, 2008 at 2:00 p.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge