IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Crim. No. 05-27-SLR |
| TAHRIA A. PARKS, | ) ) ) |
| Defendant. | ) ) |

### O R D E R

At Wilmington this _1st_ day of July 2008, plaintiff having admitted to violations of conditions of release;

IT IS ORDERED that the sentencing hearing is scheduled for **Friday, August 29, 2008** at 9:00 a.m. in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge