AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of     DELAWARE

UNITED STATES OF AMERICA

V.

TAHRIA AIGNER PARKS

**WARRANT FOR ARREST**

Case Number:   CR 05-27-1-SLR

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     TAHRIA AINGER PARKS
                                                                                                                   Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| ☐ Indictment | ☐ Information | ☐ Complaint | ☐ Order of court | ☐ Probation Violation Petition | ☒ Supervised Release Violation Petition | ☐ Violation Notice |

charging him or her with (brief description of offense)

VIOLATION OF SUPERVISED RELEASE CONDITIONS

in violation of Title _____ United States Code, Section(s) _____

PETER T. DALLEO
Name of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

BY: _____ ; DEPUTY CLERK
Signature of Issuing Officer

MARCH 12, 2008   at WILMINGTON, DE
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

Baylor Women's Correctional Institution

DATE RECEIVED: 3/12/08
DATE OF ARREST: 6/26/08

NAME AND TITLE OF ARRESTING OFFICER: Toby Conrad DUSM

SIGNATURE OF ARRESTING OFFICER: [signature]